UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -1 P 2:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Petitioner | )<br>)<br>) | |
| v. | ) | 04-10170-GAO |
| DOMINGA RODRIGUEZ<br>Respondent | )<br>)<br>) | |

## NOTICE OF APPEARANCE

Kindly enter my Notice of Appearance in the above referenced matter.

July 1, 2004
Date

Respectfully Submitted,

*Stephen Lagana* (signature)
Stephan A. Lagana, Esq.
Lagana & Associates
145 Essex Street
Lawrence, MA 01840
(978) 794-2331