UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10170-GAO |
| | ) | |
| DOMINGA RODRIGUEZ | ) | |

MOTION TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court for leave to withdraw as counsel for defendant in this matter. As grounds for this motion, the undersigned states the following:

1. The District of Massachusetts Federal Defender Office was appointed by the court to represent Dominga Rodriguez on June 10, 2004. The case was assigned to the undersigned on the same date.

2. The defendant subsequently arranged to retain counsel. On July 1, 2004 attorney Stephan A. Lagana filed a Notice of Appearance on behalf of the defendant.

WHEREFORE, the undersigned moves to withdraw as counsel of record for the defendant.

/s/ Timothy Watkins

Timothy Watkins
Federal Defender Office
408 Atlantic Ave., Third Floor
Boston, MA  02110
Tel: 617-223-8061