# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2004-10170-GAO

DOMINGA RODRIGUEZ,
      Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    6/02/2004 - Indictment returned.

    6/10/2004 - Initial Appearance.

    6/10-17/2004 -   Government's Motion for Detention - filing to disposition.

    6/17/2004 - Arraignment

    6/18 - 7/15/2004 - Excluded as per L.R. 112.2(A)(2)

    8/3/2004 - Conference held.

    8/4 - 9/17/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of September 17, 2004, EIGHTEEN (18) non-excludable days will have occurred leaving FIFTY-TWO (52) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 3, 2004.