# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>v. )<br>)<br>DOMINGA RODRIGUEZ )<br>Defendant )  | CR. NO. 04-10170-GAO |

### MOTION TO ENLARGE TIME

Now comes the Defendant, Dominga Rodriguez, through Counsel, and Moves this Honorable Court to enlarge the time for filing Defendant's Non-Discovery Motions up to and including October 21, 2004. In support of this motion, counsel states that he is unable to timely file said motions because he has recently undergone knee surgery and has not yet fully recovered.

Respectfully Submitted,
Dominga Rodriguez
the Defendant
By her Attorney

Date: 9/16/04

_____
Stephen A. Lagana, Esq.
Lagana & Associates
145 Essex Street
Lawrence, MA 01840
978-794-2331
BBO#: 565811

## CERTIFICATE OF SERVICE

I, Stephen A. Lagana, Counsel for the Defendant, hereby certify that on this date I have mailed, by first class mail, a copy of the enclosed Motion to Enlarge Time to:

Michael J. Sullivan, Esq.
Christopher F. Bator, Esq.
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210


_____           _9/16/04_____
Stephen A. Lagana, Esq.                    Date