# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                                     CRIMINAL NO. 2004-10170-GAO

DOMINGA RODRIGUEZ,
        Defendant.

## FURTHER ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/28/2004 - Conference held.

9/17 - 9/29/2004 -    Filing to decision on Motion #10.

9/29 - 10/21/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 21, 2004, EIGHTEEN (18) non-excludable days have occurred leaving FIFTY-TW0 (52) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 29, 2004.