UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                                                        )<br>)<br>DOMINGA RODRIGUEZ                 )<br>Defendant                                  )<br>_____ ) | Cr. No. 04-10170-GAO |

## FINAL STATUS REPORT JOINT MEMORANDUM

Now comes the parties in the above captioned matter pursuant to Local Rule 116.5(C) and submits the following Final Status Report Joint Memorandum.

1. Whether there are outstanding discovery issues not yet presented or resolved by the Court.:

There are no outstanding discovery issues unresolved by the Court.

2. Whether a party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests:

There is no anticipated discovery.

3. Whether the Defendant intends to raise a defense of insanity or public authority:

The Defendant does not intend to raise the defense of insanity or public authority.

4. Whether the Government has requested notice of Alibi by the Defendant:

The Government has not requested Notice of Alibi.

5. Whether the Defendant has filed, or intends to file, any Motion to Sever, Dismiss, or Suppress, or any other Motion requiring a ruling by the District Court before Trial:

The Defendant intends to file a Motion to Suppress and Motion to Dismiss.

6. Whether a schedule should be set concerning any matter in the case other than trial.

A schedule should be set for the filing of Motions to Suppress/Dismiss.

7. Whether the parties have discussed the possibility of an early resolution of the case without trial and, if so, the results of that discussion.

The parties have discussed the early resolution of the case. Further discussions will be required subsequent to the filing of Motions to Suppress/Dismiss.

8. Whether there are periods of excludable delay under the speedy trial act to which the parties agree, and what they are, and whether there are any disagreements, and what they are, to enable the Magistrate Judge to rule on periods of excludable delay at the final status conference:

The parties agree that as of September 17, 2004, eighteen non-excludable days have occurred.

9. The estimated length of Trial:

The estimated length of Trial is 3 days.

Respectfully Submitted,

Michael J. Sullivan  
United States Attorney

Dominga Rodriguez  
The Defendant

_____  
Christopher F. Bator  
Assistant U.S. Attorney  
1 Courthouse Way  
Suite 9200  
Boston, MA. 02110

_____  
Stephen A. Lagana    9/23/04  
Lagana & Associates  
145 Essex Street  
Lawrence, MA. 01841