UNITED STATES OF AMERICA

SUFFOLK, ss.                                               U.S. DISTRICT COURT

                                                           DOCKET UNKNOWN

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | MOTION TO APPOINT COUNSEL |
| | ) | |
| DOMINGA RODRIGUEZ | ) | |

NOW COMES THE DEFENDANT, Dominga Rodriguez, and begs the Honorable Court to appoint her counsel to represent her on the above captioned case.

Defendant has been represented by private counsel in this case until now due to (1) depletion of all family funds, and (2) lack of representation of best interests. She is currently on awaiting trial status at MCI-Framingham, indigent and unable to pay. Defendant supports her claim of indigency through the attached Affidavit of Indigency and Supplement.

THEREFORE, the Defendant is entitled to the appointment of counsel under the Equal Protection Clause of the Sixth and Fourteenth Amendments to the United States Constitution.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS JANUARY 7, 2005.

RESPECTFULLY SUBMITTED,

*Dominga Rodriguez*
Dominga Rodriguez
PO BOX 9007
Framingham, MA  01704