**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | CR. NO. 04-10170-GAO |
| v. | ) | |
| | ) | |
| DOMINGA RODRIGUEZ | ) | |
| Defendant | ) | |

MOTION TO CONTINUE

Now comes the Defendant, Dominga Rodriguez, through Counsel, and Moves this

Honorable Court to grant this Motion to Continue the hearing scheduled for Friday, January 21,

2004 at 1:00 pm before this court. In support of this motion, counsel states that he has not yet

received a transcript of the tape of Defendant's Immigration Proceedings. Additionally, Counsel

has a matter for detained individuals before the Immigration Court in York, Pennsylvania

scheduled for the same day for which he cannot appear telephonically. A copy of this hearing

notice is attached.

Respectfully Submitted,
Dominga Rodriguez
the Defendant
By her Attorney

Date:__1-10-05__

Stephen A. Lagana, Esq.
Lagana & Associates
145 Essex Street
Lawrence, MA 01840
978-794-2331
BBO#: 565811

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
YORK, PA


STEPHEN A. LAGANA
234 ESSEX STREET
LAWRENCE, MA   01940

RE: PAULINO, GAUDY ANGELINA MARIA
INMATE NO:

NOTICE OF HEARING IN REMOVAL PROCEEDINGS

DATE OF NOTICE: Jan 7, 2005
FILE: A76-415-749

*Also includes:*

*A# 97-697-878*

You are hereby notified that a hearing in this case is (scheduled)/rescheduled
before an Immigration Court on   at    at

*Jan. 21, 2005 @ 9 am*

                1261 COUNTY WELFARE ROAD
                LEESPORT, PA  19533

You may be represented in this proceeding at no expense to the Government by an
attorney or other individual who is authorized and qualified to represent
persons before an Immigration Court.  If you wish to be represented, your
attorney or representative should appear with you at the scheduled hearing.

Except as otherwise ordered by an Immigration Judge, any motions (including
motions for continuances and motions to withdraw as counsel), applications, or
other correspondence concerning this case should be filed with the Immigration
Court at:     3400 CONCORD ROAD., SUITE 2
              YORK, PA  17402

at least 10 days prior to the scheduled hearing.  Evidence of payment of
appropriate filing fees must be included.

ANYONE EXPECTING TO ENTER THE FACILITY IN ORDER TO APPEAR AT THE IMMIGRATION
HEARING IS SUBJECT TO CORRECTIONS DEPARTMENT POLICIES AND PROCEDURES REGARDING
ENTRY.  CONTACT THE SECURITY OFFICE AT THIS PRISON IN ADVANCE OF THE DAY OF THE
HEARING FOR FURTHER SPECIFIC INFORMATION ABOUT ENTRY GUIDLINES.

For information regarding the status of your case, call toll free
1-800-898-7180 OR 703-305-1662.

----

                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN/ [ ] ALIEN c/o Custodial Officer  [M] ALIEN's ATT/REP  [P] INS
DATE: ____1/7/05____  BY: COURT STAFF ____KJO____
    Attachments: [ ] EOIR-33  [ ] EOIR- 28  [ ] Legal Services List  [ ] Other
                                                                      JY

KOI

*Telephonic NOT permitted!*

## CERTIFICATE OF SERVICE

I, Stephen A. Lagana, Counsel for the Defendant, hereby certify that on this date I have mailed, by first class mail, a copy of the enclosed Motion to Continue to:

Michael J. Sullivan, Esq.
Christopher F. Bator, Esq.
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210


_____          ____1-10 05_____
Stephen A. Lagana, Esq.                      Date