UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 04-10170-GAO |
| ) | |
| DOMINGA RODRIGUEZ  ) | |

**JOINT MOTION TO EXCLUDE TIME**

The parties jointly move to exclude from Speedy Trial calculations all time from February 24, 2005, (the date of the previously scheduled status conference) until and including the date of the next status conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

DOMINGA RODRIGUEZ
by her counsel,

_____     By: _____
Stephen A. Lagana, Esq.              CHRISTOPHER F. BATOR
Lagana and Associates                Assistant U.S. Attorney
145 Essex Street                     Date: 3/9/05
Lawrence, MA 01840
(978) 794-2331