## UNITED STATES DISTRICT COURT

CRIMINAL NO. 04-10170-GAO

UNITED STATES OF AMERICA

vs.

DOMINGA RODRIGUIZ

## MOTION TO CONTINUE

NOW COMES the undersigned, counsel for the defendant, Dominga Rodriguiz, and requests this Honorable Court to continue defendant's sentencing scheduled for October 18, 2005.

Counsel submits this request in order to observe the cycle of the Jewish holidays on October 4, 5, 13, 18, 19, 25 and 26, 2005.

Assistant United States Attorney, Chris Bator, has assented to this motion and submits available dates of October 20, 21, 27 and 28, 2005.

Respectfully submitted,

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
617-357-0770
BBO# 558533

September 7, 2005