12-14-05

My name is Dominga Rodriguez my case number is 04CR10170-001 GAO I was arrested on May 6 2004 I was detained by imergration when They arrested me I was held at South Bay for one month and then The Fedral Marshalls came to get me and brang me to court, When I was arrested I had my Jewlery with me I had a gold chain, three rings one bracelet gold also and my rings are gold also and two pairs of gold earrings When the Fedral Marshall's came and got me at Imergration, Imergration gave my personal property which was my Jewlery to the Fedral Marshall's, My Jewlery was left at the Fedral Court House in Boston so my Lawyer could get it But it took me along time to get a Lawyer. And when I finally got a Lawyer and he went to pick up my property it was they say it was not there, Right Now I'm at MCI-Framingham and my Jewlery is not here I would like to know if you could give me any imformation on where my Jewlery is or where it was sent too. I'm already sentenced I have no

communication with my lawyer and my lawyer told me that my jewlery was sent to MCI Framingham where I reside now and I wrote to property here at MCI Framingham and property told me my jewlery is not here, I know that the Fedral Marshall's left my jewlery at the Fedral Court House in Boston I do not have the Department address of the Fedral Marshall's that picked me up, That is why I'm writing you to see if you can help me find out or tell me where I can get the information where they send a person's property when your arrested by the Fedral Marshall's Thank you very much and I appreciate any imformation that you could give me

                          Sincerly

                          Dominga Rodriguez